# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA CUEVAS, as an individual, and on behalf of all other similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED BRANDS COMPANY, INC., a California corporation; 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants.<br>_____ | Case No. 11-cv-00991-BTM (RBB)<br><br>**ORDER CONTINUING THE EARLY NEUTRAL EVALUATION CONFERENCE** |

**PLEASE TAKE NOTICE** that on June 10, 2011, United Brands Company, Inc. filed an ex parte application seeking a continuance of the Early Neutral Evaluation Conference that was scheduled for June 17, 2011.

Having considered the ex parte application, the supporting authorities, and the Declarations submitted therewith and considering all arguments and evidence properly offered in opposition thereto and **GOOD CAUSE APPEARING THEREFORE**,

///

///

-1-

Order Continuing the ENEC　　　　　　　　　　Case No. 11-cv-00991-BTM (RBB)
　　　　　　　　　　　　　　　　　　　　　　Cuevas v. United Brands Company, et al.

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference is hereby continued until August 31, 2011, at 10:00 a.m.

Dated: June 13, 2011            By: _____
                                     Magistrate, Ruben B. Brooks

-2-

Order Continuing the ENEC                    Case No. 11-cv-00991-BTM (RBB)
                                             Cuevas v. United Brands Company, et al.